Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY PERKINS, ) | No. CV 06-4810-RC |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| MICHAEL J. ASTRUE,[1] ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: Jan. 30, 2008

_____
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

MDO-R&R\06-4810.JUD
1/30/08